[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-14456
Non-Argument Calendar
_____

D.C. Docket No. 2:12-cv-00115-LGW-JEG


MICHAEL MCGEHEE,
as authorized representative of M.M., a minor child,

Plaintiff,


KEITH SMALL,
as authorized legal representative of A.S.,
a minor child and as representative of the
Estate of Caroline Small,
ALAN WELCH, as guardian ad litem
of M.M.,

Plaintiffs - Appellants,

versus

GLYNN COUNTY, GEORGIA,
M. TODD SIMPSON,
in their individual capacities,
ROBERT C. SASSER,
in their individual capacities,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(March 18, 2015)

Before HULL, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

We affirm the district court's grant of qualified immunity for the reasons articulated in its summary judgment order, *Small v. Glynn Cnty., Ga.*, No. CV 212-115, 2014 WL 4928877 (S.D. Ga. Sept. 30, 2014).  We note that the district court expressly took care to construe the facts in the light most favorable to the plaintiffs. Accordingly, we agree with the district court that an "objectively reasonable official standing in the [officers'] place" would not have been on notice that using deadly force against Ms. Small "would be clearly unlawful given the circumstances."  *See Pace v. Capobianco*, 283 F.3d 1275, 1282 (11th Cir. 2002).

**AFFIRMED.**

2